IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-MJ-2074 |
| | ) | (JUDGE GUYTON) |
| JOHN LEE WESTON | ) | |

## ORDER

Having read and considered the government's motion to seal and for good cause shown,

It is hereby ORDERED that the Complaint be sealed with the exception that a stamp-filed copy be provided to the United States Attorney's Office prior to sealing.

It is further ORDERED that the motion to seal, together with this order, shall be sealed pending further Order of this Court.

                                                    s/ H. Bruce Guyton
                                                    United States Magistrate Judge

Presented for Entry:

    Harry S. Mattice, Jr.
    United States Attorney

By: _____
    Tracee J. Plowell
    Assistant United States Attorney